FOREIGN & DOMESTIC MUSIC CORPORATION et al., Appellands, *v.* SOCIETA ANONIMA MUSICALE BIXIO et al., Respondents, Impleaded with Another.

Submitted November 29, 1938; decided January 3, 1939.

*Henry Pearlman* for appellants.

*Mario M. De Optatis* for respondents.

Appeal dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.